UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
Elenita Utley,

Bankruptcy Case No.: 10-82300

Soc. Sec. Nos. xxx-xx-2459 & xxx-xx-6333
Mailing Address: 1608 Nixon Street,
 Durham, NC 27707-

Debtors.

Elenita Utley,

Plaintiffs,    A.P. No.: 11-9043

Household Realty Corporation and/or Household
Finance Corp.., and/ or Household Finance
Corporation

Defendant.

## AFFIDAVIT OF SERVICE

I, Renee Nolte, certify, under penalty of perjury, that I am, and at all times during this service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made, and that service of the Summons issued in this adversary proceeding, together with a copy of the Complaint, was made pursuant to Bankruptcy Rule 7004(b) on 7/12/2011, electronically or by regular, first class United States mail, postage fully pre-paid, addressed to:

Richard M. Hutson, II
Chapter 13 Trustee
Post Office Box 3613
Durham, N C 27702

Michael D. West
Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Household Realty Corporation and/or Household
Finance Corp..
Attn: Managing Agent
4201 University Drive
Durham, NC 27707-

Household Realty Corporation and/or Household
Finance Corp..
Household Finance Corporation
Attn: Managing Agent
Post Office Box 8633
Elm Hurst, IL 60126-

and also by certified mail, return receipt requested, addressed to:

Household Realty Corporation and/or Household
Finance Corp..
Attn: Managing Agent
4201 University Drive
Durham, NC 27707-

Household Realty Corporation and/or Household
Finance Corp..
c/o Household Finance Corporation
Attn: Managing Agent
Post Office Box 8633
Elm Hurst, IL 60126-

                                                /s Renee Nolte

                                                Renee Nolte